# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROGER WALTERS,<br><br>   Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, FOX-EVERETT, INC., MCI HEALTH AND WELFARE PLAN and VERIZON COMMUNICATIONS, INC., f/k/a MCI, Inc.,<br><br>   Defendants. | No. 06-CV-20-LRR<br><br>**ORDER** |

_____

  The matter before the court is United States Magistrate Judge Jon Stuart Scoles's Report and Recommendation (docket no. 48). The Report and Recommendation provides that, if either party objects to the proposed findings and recommendations, they are required to file objections with the court "within ten (10) days." Report and Recommendation (docket no. 48), at 33. Neither party filed timely objections.

  The standard of review to be applied by the district court to a report and recommendation of a magistrate judge is established by statute:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. . . .

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) (requiring de novo review of a magistrate judge's recommendation on dispositive motions).

The court hereby **ADOPTS** the well-reasoned Report and Recommendation (docket no. 48), **REMANDS** this matter to the plan administrator, in accordance with the Report and Recommendation, and **DENIES** the award of attorneys' fees to both parties.

**IT IS SO ORDERED.**

**DATED** this 18th day of December, 2007.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA